UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LYNN BAILEY,<br><br>            Petitioner,<br><br>       v.<br><br>GARY SWARTHOUT,<br><br>            Respondent. | No. 2:15-cv-0302 DAD P<br><br><br><u>ORDER</u> |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, petitioner has neither filed an in forma pauperis affidavit nor paid the required filing fee of $5.00.  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

////

////

////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: February 17, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10md
bail0302.101a