UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LYNN BAILEY, | No. 2:15-cv-0302 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 28, 2017, the magistrate judge recommended that respondent's motion to dismiss be granted, and this action be dismissed without prejudice to petitioner pursuing his claims under 42 U.S.C. § 1983 by either filing an amended complaint in this case or voluntarily dismissing his habeas petition and filing a new § 1983 action. (ECF No. 17.)

These recommendations were adopted by the undersigned on August 9, 2017, and petitioner was granted thirty (30) days to proceed under one of the two options provided to him. (ECF No. 21.) To date, petitioner has not responded to the court's order.

////

////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice to petitioner pursuing his claims in a civil rights action filed pursuant to 42 U.S.C. §1983.

DATED: January 17, 2018.

_____
UNITED STATES DISTRICT JUDGE